1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TYRELL T. BROWN,

11              Plaintiff,                    No. CIV S-11-2747 MCE CKD P

12        vs.

13
     CORRECTIONAL OFFICER
14   BREWER, et al.,

15              Defendants.                   FINDINGS & RECOMMENDATIONS

16   _____/

17              By order filed October 25, 2011, plaintiff's complaint was dismissed and thirty

18   days leave to file an amended complaint was granted.  The thirty day period has now expired, and

19   plaintiff has not filed an amended complaint or otherwise responded to the court's order.

20              Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

21   without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

22              These findings and recommendations are submitted to the United States District

23   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-

24   one days after being served with these findings and recommendations, plaintiff may file written

25   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

26   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

1

1  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

2  F.2d 1153 (9th Cir. 1991).

3   Dated: December 2, 2011

4                                                                    _____
                                                                     CAROLYN K. DELANEY
5                                                                    UNITED STATES MAGISTRATE JUDGE

6

7

8

9  1
   brow2747.fta
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26